1  Karen Alicia Davis, SBN 166141
   Attorney At Law
2  P.O. Box 2203
   Richmond, CA 94802-1203
3  Tel: (510) 233-1011
   Fax: (510) 233-1012
4
   Attorney for Abdul Maqsat,
5  Petitioner                                E-filing
6
7               UNITED STATES DISTRICT COURT
8              NORTHERN DISTRICT OF CALIFORNIA
9
10     Case No. C07-03106  JL  ADR
11                              Agency No. A78-192-459
12  Abdul Maqsat
13      Plaintiff
14      v.
15
16  ROBIN BARRETT, Field Office Director, San
    Francisco District, U.S. Citizenship and
17  Immigration Services, U.S. Department of
    Homeland Security
18
        Defendant.
19
    COMPLAINT FOR DECLARATORY JUDGMENT OF NATURALIZATION
20              UNDER 8 USC §§1447 (b)
21      Plaintiff, Abdul Maqsat, through undersigned counsel, alleges:
22      1.  Plaintiff is an individual. He is a lawful permanent resident of the United States. He was
23  accorded that status on or about June 15, 2001. He lives in Contra Costa County, California,
24  within the jurisdiction of this court. Plaintiff's claim to naturalization arises under 8 U.S.C. §1430
25
26
27  Complaint for Declaratory Judgment of Naturalization                    Page 1
28

1 | as the spouse of a United States citizen who has been a lawful permanent resident for at least three years.

2. Defendant Robin Barrett is the Field Office Director of the San Francisco District of United States Citizenship and Immigration Services, United States Department of Homeland Security (CIS). Defendant is sued herein in her official capacity. Defendant is responsible for the grant and denial of naturalization applications filed with the San Francisco CIS district pursuant to 8 U.S.C. §1430, 8 C.F.R. §2.1, 8 C.F.R. §310.2 and 8 C.F.R. §316.3.

3. This court has jurisdiction of this action pursuant to 8 U.S.C. §1447 (b) and 28 U.S.C. §2201.

4. Plaintiff filed his application for naturalization with the CIS Service Center in Laguna Niguel, California in about January or February 2004.

5. Plaintiff was interviewed on January 26, 2005 in connection with the naturalization application. Plaintiff passed the examination on United States history and government and demonstrated his ability to read, write and understand English. Plaintiff has demonstrated his good moral character. Plaintiff satisfies all of the requirements for naturalization.

6. Plaintiff was informed by the interviewing officer that he had not cleared the security checks.

7. More than 120 days have passed since Petitioner was interviewed, and defendant has not made a decision on plaintiff's application.

8. Under 8 U.S.C. §1447(b), plaintiff is permitted to bring this matter to this court for a hearing and a determination on his application.

9. Plaintiff requests a judicial determination of his naturalization application and a declaration that he is entitled to be naturalized as a citizen of the United States.

Complaint for Declaratory Judgment of Naturalization                                  Page 2

1  WHEREFORE, plaintiff prays that:

2  1. The court will hear plaintiff's case and render a declaratory judgment that he is
3  entitled to be naturalized;

4  2. The court will award attorney's fees and costs under the Equal Access to Justice Act,
5  28 U.S.C. §2412 (d) and;

6  3. The court grant such further relief as may be just.

Dated: 6/13/07

*Karen Alicia Davis*
Karen Alicia Davis
Attorney At Law
P.O. Box 2203
Richmond, CA 94802-1203
Tel: (510) 233-1011
Fax: (510) 233-1012
E-mail: KarenAlici@comcast.net

Complaint for Declaratory Judgment of Naturalization                    Page 3