SCOTT N. SCHOOLS, SC SBN 9990
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
ILA C. DEISS, NY SBN 3052909
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-7124
FAX: (415) 436-7169

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ABDUL MAQSAT, <br><br> Plaintiff, <br><br> v. <br><br> ROBIN BARRETT, Field Office Director, San Francisco District, U.S. Citizenship and Immigration Service, U.S. Department of Homeland Security, <br><br> Defendant. | No. C 07-3106 JL <br><br> **ANSWER** |

The Defendant hereby submits her answer to Plaintiff's Complaint for Declaratory Judgment of Naturalization Under 8 USC § 1447(b).

1. Defendant admits the allegations in Paragraph One.

2. Defendant admits the allegations in Paragraph Two.

3. Paragraph Three consists of Plaintiff's allegations regarding jurisdiction, to which no responsive pleading is required; however, to the extent a responsive pleading is deemed necessary, Defendant denies that this Court has jurisdiction under any of the provisions cited in Paragraph Three.

4. Defendant admits that Plaintiff filed his application for naturalization on May 14, 2004.

5. Defendant admits the first two sentences in Paragraph Five; however, defendant is without

Answer
C07-3106 JL                                               1

sufficient information to admit or deny the remaining allegations.

6. Defendant is without sufficient information to admit or deny the allegations in Paragraph Six.

7. Defendant admits the allegations in Paragraph Seven.

8. Defendant admits the allegations in Paragraph Eight.

9. The allegations contained in Paragraph Nine consists of Plaintiff's conclusions of law for which no answer is necessary; however, to the extent a response is deemed to be required, Defendant denies the allegations in this paragraph.

The remaining Paragraphs consists of Plaintiff's prayer for relief, to which no admission or denial is required; to the extent a responsive pleading is deemed to be required, the Defendant denies these Paragraphs.

**FIRST AFFIRMATIVE DEFENSE**

The court should dismiss the complaint under Fed. R. Civ. P. 12(b)(6) because Plaintiff fails to state a claim upon relief may be granted.

WHEREFORE, Defendant prays for relief as follows:

That judgment be entered for Defendant and against Plaintiff, dismissing Plaintiff's Complaint with prejudice; that Plaintiff takes nothing; and that the Court grant such further relief as it deems just and proper under the circumstances.

Dated: August 20, 2007                           Respectfully submitted,

                                                 SCOTT N. SCHOOLS
                                                 United States Attorney


                                                 _____/s/_____
                                                 ILA C. DEISS
                                                 Assistant United States Attorney
                                                 Attorneys for Defendant