1  SCOTT N. SCHOOLS, SC SBN 9990
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   ILA C. DEISS, NY SBN 3052909
4  Assistant United States Attorney

5     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102
6     Telephone: (415) 436-7124
      FAX: (415) 436-7169
7
   Attorneys for Defendant
8

9                           UNITED STATES DISTRICT COURT

10                         NORTHERN DISTRICT OF CALIFORNIA

11                               SAN FRANCISCO DIVISION

12 ABDUL MAQSAT,                              )
                                              ) No. C 07-3106 JL
13              Plaintiff,                    )
                                              )
14       v.                                   ) **CONSENT TO MAGISTRATE JUDGE**
                                              ) **JURISDICTION; and PARTIES' JOINT**
15 ROBIN BARRETT, Field Office Director,      ) **REQUEST TO BE EXEMPT FROM**
   San Francisco District, U.S. Citizenship and ) **FORMAL ADR PROCESS; and**
16 Immigration Service, U.S. Department of    ) **[PROPOSED] ORDER**
   Homeland Security,                         )
17                                            )
                Defendant.                    )
18 _____  )

19      In accordance with the provisions of 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73, the parties in

20 this case hereby voluntarily consent to have a United States Magistrate Judge conduct any and all

21 further proceedings in the case, including trial, and order the entry of a final judgment.

22      Each of the undersigned certifies that he or she has read either the handbook entitled "Dispute

23 Resolution Procedures in the Northern District of California," or the specified portions of the ADR

24 Unit's Internet site <www.adr.cand.uscourts.gov>, discussed the available dispute resolution

25 options provided by the court and private entities, and considered whether this case might benefit

26 from any of them. Here, the parties agree that referral to a formal ADR process will not be

27 beneficial because this action is limited to Plaintiff's request that this Court adjudicate or compel

28 Defendant to adjudicate the application for naturalization. Defendant has already asked the FBI to

Consent and Request to be Exempt
C07-3106 JL                                       1

expedite Plaintiff's name check so that the application may be processed as soon as possible. Given the substance of the action and the lack of any potential middle ground, ADR will only serve to multiply the proceedings and unnecessarily tax court resources.

Accordingly, pursuant to ADR L.R. 3-3(c), the parties request the case be removed from the ADR Multi-Option Program and that they be excused from participating in the ADR phone conference and any further formal ADR process.

Dated: August 29, 2007                    Respectfully submitted,

                                          SCOTT N. SCHOOLS
                                          United States Attorney


                                          ____/S/_____
                                          ILA C. DEISS
                                          Assistant United States Attorney
                                          Attorneys for Defendants


Dated: September 4, 2007                  ____/S/_____
                                          KAREN ALICIA DAVIS
                                          Attorney for Plaintiff

## ORDER

Pursuant to stipulation and to ADR L. R. 3-3(c), the parties are hereby removed from the ADR Multi-Option Program and are excused from participating in the ADR phone conference and any further formal ADR process.

**SO ORDERED.**

Dated:                                    _____
                                          JAMES LARSON
                                          Chief United States Magistrate Judge