1   SCOTT N. SCHOOLS, SC SBN 9990
    United States Attorney
2   JOANN M. SWANSON, CSBN 88143
    Assistant United States Attorney
3   Chief, Civil Division
    ILA C. DEISS, NY SBN 3052909
4   Assistant United States Attorney

5       450 Golden Gate Avenue, Box 36055
        San Francisco, California 94102
6       Telephone: (415) 436-7124
        FAX: (415) 436-7169
7
    Attorneys for Defendant
8

9                   UNITED STATES DISTRICT COURT

10                 NORTHERN DISTRICT OF CALIFORNIA

11                    SAN FRANCISCO DIVISION

12  ABDUL MAQSAT,                      )
                                       )   No. C 07-3106 JL
13              Plaintiff,             )
                                       )
14         v.                          )   **CONSENT TO MAGISTRATE JUDGE
                                       )   JURISDICTION; and PARTIES' JOINT
15  ROBIN BARRETT, Field Office Director, )   REQUEST TO BE EXEMPT FROM
    San Francisco District, U.S. Citizenship and )   FORMAL ADR PROCESS; and**
16  Immigration Service, U.S. Department of )   **[~~PROPOSED~~] ORDER**
    Homeland Security,                 )
17                                     )
                Defendant.             )
18  _____)

19       In accordance with the provisions of 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73, the parties in

20  this case hereby voluntarily consent to have a United States Magistrate Judge conduct any and all

21  further proceedings in the case, including trial, and order the entry of a final judgment.

22       Each of the undersigned certifies that he or she has read either the handbook entitled "Dispute

23  Resolution Procedures in the Northern District of California," or the specified portions of the ADR

24  Unit's Internet site <www.adr.cand.uscourts.gov>, discussed the available dispute resolution

25  options provided by the court and private entities, and considered whether this case might benefit

26  from any of them.  Here, the parties agree that referral to a formal ADR process will not be

27  beneficial because this action is limited to Plaintiff's request that this Court adjudicate or compel

28  Defendant to adjudicate the application for naturalization.  Defendant has already asked the FBI to

1  expedite Plaintiff's name check so that the application may be processed as soon as possible.

2  Given the substance of the action and the lack of any potential middle ground, ADR will only

3  serve to multiply the proceedings and unnecessarily tax court resources.

4      Accordingly, pursuant to ADR L.R. 3-3(c), the parties request the case be removed from the

5  ADR Multi-Option Program and that they be excused from participating in the ADR phone

6  conference and any further formal ADR process.

7

8  Dated: August 29, 2007                    Respectfully submitted,

9                                            SCOTT N. SCHOOLS
                                             United States Attorney

10

11                                                 /S/
                                             ILA C. DEISS
                                             Assistant United States Attorney

12                                           Attorneys for Defendants

13

14 Dated: September 4, 2007                        /S/
                                             KAREN ALICIA DAVIS

15                                           Attorney for Plaintiff

16

17                              **ORDER**

      Pursuant to stipulation and to ADR L. R. 3-3(c), the parties are hereby removed from the ADR

18 Multi-Option Program and are excused from participating in the ADR phone conference and any

19 further formal ADR process.

20 **SO ORDERED.**

21

22 Dated:   9/5/07
                                             _____

23                                           JAMES LARSON
                                             Chief United States Magistrate Judge

24

25

26

27

28