Karen Alicia Davis, SBN 166141
Attorney At Law
P.O. Box 2203
Richmond, CA 94802-1203
Tel: (510) 233-1011
Fax: (510) 233-1012

Attorney for Abdul Maqsat, Plaintiff

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| ABDUL MAQSAT<br><br>Plaintiff<br><br>v.<br><br>ROBIN BARRETT, Field Office Director, San Francisco District, U.S. Citizenship and Immigration Services, U.S. Department of Homeland Security<br><br>Respondent. | Case No. C07-03106 JL<br><br>JOINT CASE MANAGEMENT STATEMENT and PROPOSED ORDER |

JURISDICTION AND SERVICE

The basis for this Court's jurisdiction is 8 U.S.C. § 1447(b), which provides that if the United States Citizenship and Immigration Services (USCIS) has failed to make a determination on an individual's application for naturalization within 120 days after the date on which the applicant is examined, the applicant may apply to the United States District Court for a hearing on the matter. The District Court "may either determine the matter or remand the matter, with appropriate instructions, to the Service to determine the matter." 8 U.S.C. § 1447(b); *United States v. Hovsepian*, 359 F.3d 1144, 1160 (9th Cir. 2004); *Zhai v. USCIS*, 2004 WL 1960195 (N.D. Cal. 2004). The parties do not dispute that venue is proper in this district. No issues exist regarding personal jurisdiction or venue, and no parties remain to be served.

Joint Case Management Statement
Case No. C-07-03106 JL
Page 1

## FACTS

The facts in this case are straightforward: Plaintiff, a lawful permanent resident of the United States, applied for naturalization on or about May 14, 2004. He was interviewed in connection with that application on or about January 26, 2005. Plaintiff was notified that his application is pending security checks. To date, defendant has not made a decision on the application.

## LEGAL ISSUES

Pursuant to 8 U.S.C. §1447(b), Plaintiff brings this action for a determination on his application for naturalization.

## MOTIONS

Defendant intends to file a motion to remand on or about September 26, 2007.

## AMENDMENT OF PLEADINGS

The parties do not expect to amend their pleadings.

## EVIDENCE PRESERVATION

The parties do not have any evidence that falls within this category.

## DISCLOSURES

The parties believe that the initial disclosure requirements of Fed. R. Civ. P. 26 do not apply to this case.

## DISCOVERY

The parties do not intend to take any discovery in this case at this time

## CLASS ACTIONS

This is not a class action.

## RELATED CASES

There are no related cases or proceedings pending before another judge of this court, or before another court or administrative body.

## RELIEF

Plaintiff seeks a judicial hearing and a declaratory judgment that he is entitled to be a naturalized as a citizen of the United States. Plaintiff also seeks reasonable attorney's fees and costs under the Equal Access to Justice Act, 28 U.S.C. §2412(d).

## SETTLEMENT AND ADR

The parties agree that a formal ADR process will not be beneficial because this action is limited to Plaintiff's request that this Court adjudicate or compel Defendant to adjudicate the application for naturalization.

## CONSENT TO MAGISTRATE JUDGE FOR ALL PURPOSES

In accordance with the provisions of 28 U.S.C. §636(c), the parties hereby voluntarily consent to have a United States Magistrate Judge conduct any and all further proceedings in this case, including trial, and order entry of a final judgment.

## OTHER REFERENCES

This case is not suitable for reference to binding arbitration, a special master, or the Judicial Panel on Multidistrict Litigation.

## NARROWING OF ISSUES

There are no issues that can be narrowed by agreement or by motion.

## EXPEDITED SCHEDULE

The defendants believe this case can be resolved on their motion to remand.

## SCHEDULING

The parties propose the following schedule on the defendants' motion to remand.

| | |
|---|---|
| Defendants' Motion to Remand: | September 26, 2007 |
| Plaintiff's Opposition: | October 10, 2007 |
| Defendants' Reply: | October 17, 2007 |
| Hearing: | October 31, 2007 at 9:30 a.m. |

Joint Case Management Statement
Case No. C-07-03106 JL
Page 3

## TRIAL

The parties request that this case be tried by the court. It is expected that the trial will take less than two hours.

## DISCLOSURE OF NON-PARTY INTERESTED ENTITIES OR PARTIES

Neither party has filed or intends to file the "Certification of Interested Entities or Persons."

Respectfully submitted,

Dated: September 14, 2007

_____
KAREN ALICIA DAVIS
Attorney for Plaintiff

Dated: September 14, 2007

SCOTT N. SCHOOLS
United States Attorney

_____
ILA C. DEISS
Assistant United States Attorney
Attorneys for Defendant

## CASE MANAGEMENT ORDER

The Joint Case Management Statement and Proposed Order are hereby adopted by the Court as the Case Management Order for the case, and the parties are ordered to comply with this Order.

Dated: _____

_____
JAMES LARSON
United States Magistrate Judge

Joint Case Management Statement
Case No. C-07-03106 JL
Page 4