<u>**CIVIL MINUTES**</u>

**Chief Magistrate Judge James Larson**          FTR 10:34-10:36 ( 2 min)
Date: **September 19, 2007**

Case No: **C07-3106 JL**

Case Name: **Abdul Maqsat v. Robin Barrett**
Plaintiff  Attorney(s):Karen Davis
Defendant Attorney(s):Ila Deiss

Deputy Clerk:  **Wings Hom**

**PROCEEDINGS:**                                                  **RULING:**
1.
2.
3.
4.
[ X]  Case Management Conference - held [ ] Status Conference  [ ] P/T Conference

**ORDERED AFTER HEARING:**
**Order to be prepared by:** [ ] Plntf  [ ] Deft  [] Court
**Case continued to:** 1-9-08 @10:30 a.m. for fur CMC. Counsel to submit updated statement.

**PRETRIAL SCHEDULE:**
Discovery cutoff:
Expert disclosure:
Expert discovery cutoff:
Motions hearing date:
Pretrial Conference:
Trial:   at  , set for  days.
        [ ] Jury  [ ]  Court


Notes:


cc: Venice, Kathleen,