1
2
3
4          IN THE UNITED STATES DISTRICT COURT
5          FOR THE NORTHERN DISTRICT OF CALIFORNIA
6

7   Abdul Marquat
                                    )
8              Plaintiff(s),        )      No.: C- 07- 3106    JL
                                    )
9        v.                         )      CONSENT TO PROCEED BEFORE A
                                    )      UNITED STATES MAGISTRATE JUDGE
10  Robin Burett                    )
                                    )
11             Defendant(s).        )
    _____)

12
13      **CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**
14
15      In accordance with the provisions of Title 28, U.S.C.

16  Section 636(c), party[ies] to the above-captioned civil matter

17  hereby voluntarily waive their rights to proceed before a Judge

18  of the United States District Court and consent to have a United

19  States Magistrate Judge conduct any and all further proceedings

20  in the case, including trial, and the entry of a final judgment.

21  Appeal from the judgment shall be taken directly to the United

22  States Court of Appeals for the Ninth Circuit.

23
24
25  _____          _____
    Attorney for Plaintiff             Attorney for Defendant
                                       ILA DEISS
26  Dated: ____9/19/07____

27
28