1  SCOTT N. SCHOOLS, SC SBN 9990
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   ILA C. DEISS, NY SBN 3052909
4  Assistant United States Attorney

5     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102
6     Telephone: (415) 436-7124
      FAX: (415) 436-7169
7
   Attorneys for Defendant
8

9                 UNITED STATES DISTRICT COURT

10                NORTHERN DISTRICT OF CALIFORNIA

11                SAN FRANCISCO DIVISION

12 ABDUL MAQSAT,                         )
                                         ) No. C 07-3106 JL
13          Plaintiff,           )
                                         )
14          v.                   ) **STIPULATION FOR REMAND and**
                                         ) **[PROPOSED} ORDER**
15 ROBIN BARRETT, Field Office Director, )
   San Francisco District, U.S. Citizenship and )
16 Immigration Service, U.S. Department of )
   Homeland Security,                    )
17                                       )
            Defendant.           )
18 _____ )

19     Plaintiff, by and through his attorney of record, and Defendant, by and through her attorneys of

20 record, hereby stipulate, subject to the approval of the Court, that this action be remanded pursuant

21 to 8 U.S.C. 1447 (b) to the United States Citizenship and Immigration Services ("USCIS") with an

22 order that USCIS adjudicate Plaintiff's Naturalization Application ("Form N-400") within 30 days

23 after approval of this stipulation by the Court.

24     Each of the parties shall bear their own costs and fees.

25 ///

26 ///

27

28

Stipulation for Remand
C07-3106 JL                         1

| | | |
|---|---|---|
|1| Dated: October 16, 2007 | Respectfully submitted, |
|2| | SCOTT N. SCHOOLS |
| | | United States Attorney |

/s/
ILA C. DEISS
Assistant United States Attorney
Attorneys for Defendant

Dated: October 16, 2007               /s/
KAREN ALICIA DAVIS
Attorney for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: _____
JAMES LARSON
United States Magistrate Judge

Stipulation for Remand
C07-3106 JL                    2